B.C. BARMANN, SR., COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Andrew C. Thomson, Deputy (Bar # 149057)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805

Attorney for Defendant,
County of Kern

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL ISSA KAMAR,<br><br>Plaintiff,<br><br>v.<br><br>KEITH T. KROLCZYK, QUAN VUONG, JOHN UNDERWOOD, SHELLEY ANSELMI, SCOTT LAMBERT, JOHN DEPASQUALE, UNITED STATES OF AMERICA, COUNTY OF KERN, and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO. 1:07-CV-00340 AWI TAG<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE |

Counsel for all parties, Geragos & Geragos Eugene Patterson Harris / Tamar Arminak, for plaintiff, and Andrew C. Thomson, Deputy County Counsel, for defendant County of Kern, hereby stipulate that the Court may enter an order continuing the Mandatory Scheduling Conference presently scheduled for June 6, 2007 to August 15, 2007 at 9:00 a.m. in the U.S. District Court - Bakersfield Office 1200 Truxtun Avenue, Suite 120, Bakersfield, California, for the convenience of the Court and the parties and further

///
///
///

1

1  because the matter is not yet at issue.  The parties believe that it will be beneficial to all
2  parties and to the Court to continue the scheduling conference.
3  Dated: May  15 , 2007                    B. C. BARMANN, SR., COUNTY COUNSEL
4
5                                            By:    /s/ Andrew C. Thomson
                                                  Andrew C. Thomson, Deputy
6                                                  Attorneys for Defendant County of Kern
7
8  Dated: May  14 , 2007                    Geragos & Geragos
9
10
11                                           By:  /s/ Tamar Arminak
                                                  Eugene Patterson Harris
                                                  Tamar Arminak
12                                                Attorneys for Plaintiff Mikhael Issa Kamar
13

## ORDER

The Court having read the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference in this matter currently scheduled for June 6, 2007, is hereby continued until August 15, 2007, at 9:00 a.m. in the U.S. District Court - Bakersfield Office 1200 Truxtun Avenue, Suite 120, Bakersfield, California

Dated: May 17, 2007

HONORABLE THERESA A. GOLDNER
U.S. MAGISTRATE JUDGE

28  #151635.1

2

Stipulation to Continue Scheduling Conference