1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL ISSA KAMAR,** ) | **CIV F 07-340  AWI TAG** |
| ) | |
| **Plaintiff**, ) | **ORDER VACATING** |
| v. ) | **HEARING DATE OF AUGUST** |
| ) | **27, 2007, AND TAKING** |
| **KEITH T. KROLCZYK, et al.,** ) | **MATTER UNDER** |
| ) | **SUBMISSION** |
| **Defendants.** ) | |
| ) | |

18      Defendant United States noticed for hearing and decision a motion to dismiss.  The
19 matter was scheduled for hearing to be held on August 27, 2007.  Pursuant to Local Rule 78-
20 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later
21 than August 20, 2007.  Plaintiffs failed to do so.
22     Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, they are
23 in violation of the Local Rules.  See 78-230(c).  Plaintiff is further not entitled to be heard at oral
24 argument in opposition to the motion.  See 78-230(c).  The Court has reviewed the United
25 States's motion and the applicable law, and has determined that the motion is suitable for
26 decision without oral argument.  See  Local Rule 78-230(h).
27
28

1    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 27,
2 2007, is VACATED, and no party shall appear at that time.  As of August 27, 2007, the Court
3 will take the matter under submission, and will thereafter issue its decision.

6 IT IS SO ORDERED.

7 **Dated:   August 21, 2007**              /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE