# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL ISSA KAMAR, ) | Case No. 1:07-cv-0340 AWI TAG |
| Plaintiff, ) | ORDER TO RESET MANDATORY SCHEDULING CONFERENCE |
| v. ) | **(Docs. 3, 7, 10).** |
| KEITH T. KROLCZYK, ) QUAN VUONG, et al., ) | DATE:     February 28, 2008 |
| Defendants. ) | TIME:     9:30 a.m. |
| ) | LOCATION: 1200 Truxtun Ave., Suite 120 Bakersfield, CA 93301 |

On March 1, 2007, a civil new case document issued setting a May 30, 2007, initial scheduling conference before Magistrate Judge Goldner in Bakersfield, California. (Doc. 6). The scheduling conference has been reset several times for a variety of reasons, including at the request of the parties and because the parties failed to file a joint scheduling statement one week before the date of the scheduling conference. (See Doc. 10; Dkt. Entries dated April 17, 2007, July 24, 2007, October 15, 2007). The scheduling conference presently is set for November 28, 2007. (See Dkt. Entry dated October 15, 2007).

On November 21, 2007, Plaintiff Mikhael Issa Kamar filed a "motion to continue scheduling conference." (Doc. 25). Although the motion is purportedly a stipulation to continue the scheduling conference, it has not been signed by at least one of the attorneys who has appeared on behalf of each party. (Id.). On November 23, 2007, certain defendants filed a motion to dismiss Plaintiff's complaint, which currently is pending before District Court Judge Anthony W. Ishii. (Doc. 26). In light of the stipulation to continue the scheduling conference, signed by most of the represented parties, and given the motion to dismiss, the undersigned will reset the scheduling conference.

On the basis of good cause, this Court:

1. RESETS the mandatory scheduling conference for February 28, 2008, at 9:30 a.m., before the Honorable Theresa A. Goldner, United States Magistrate Judge, at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA, 93301;

2. ORDERS that the parties file a Joint Scheduling Report no later than February 21, 2008, which includes the information required by the original Order Setting Mandatory Scheduling Conference, filed on March 1, 2007.  (Doc. 6).

IT IS SO ORDERED.

Dated:   **November 27, 2007**                                         **/s/ Theresa A. Goldner**
                                                                                    UNITED STATES MAGISTRATE JUDGE