McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for Federal Defendants Keith Krolczyk,
Quan Vuong, John Underwood and John DePasquale

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL ISSA KAMAR,<br><br>            Plaintiff,<br><br>     v.<br><br>KEITH T. KROLCZYK, QUAN VUONG, JOHN UNDERWOOD, SHELLEY ANSELMI, SCOTT LAMBERT, JOHN DePASQUALE, UNITED STATES OF AMERICA, COUNTY OF KERN, and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No. 1:07-cv-00340 AWI TAG<br><br>**STIPULATION TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; ORDER** |

    Plaintiff Mikhael Issa Kamar and Keith T. Krolczyk, Quan Vuong, John Underwood and John DePasquale (collectively, "Defendants") hereby stipulate and agree as follows:

### Recitals

1. On February 28, 2007, plaintiff filed his complaint against Defendants, among others, alleging a *Bivens* claim.
2. On November 23, 2007, Defendants filed their motion to dismiss plaintiff's complaint [Docket No. 26] ("Motion") and set the hearing on the Motion for December 31, 2007 at 1:30 p.m.
3. On November 27, 2007, the Court rescheduled the hearing on the Motion to January 28, 2008 at 1:30 p.m.
4. That same day, the Court rescheduled the Mandatory Scheduling Conference to February 28, 2008 at 9:30 a.m. before Magistrate Judge Goldner.

5. Defendants originally were represented in this case by Assistant U.S. Attorney Kimberly Gaab.  However, due to Ms. Gaab's change of duties within the Civil Division of the U.S. Attorney's Office, the case was reassigned to Assistant U.S. Attorney Lynn Trinka Ernce on or about December 17, 2007.
6. In light of AUSA Ernce's preexisting business travel and other work-related commitments, Defendants requested that plaintiff agree to continue the hearing date on the Motion, which necessarily would extend the deadlines for plaintiff's opposition brief and Defendants' reply brief.  Plaintiff agreed to stipulate to the requested extension.

### Stipulation

WHEREFORE, the parties hereby stipulate and agree as follows:

Motion:  The hearing on the Motion and shall be continued from January 28, 2008 at 1:30 p.m. to **March 3, 2008 at 1:30 p.m.**  Plaintiff's opposition to the Motion, if any, shall be filed and served on or before **February 15, 2008**.  Defendants' reply in support of the Motion, if any, shall be filed and served on or before **February 25, 2008**.

Mandatory Scheduling Conference:  The Mandatory Scheduling Conference shall be continued from February 28, 2008 at 9:30 a.m. to **March 27, 2008 at 10:00 a.m.** before Magistrate Judge Goldner.  The parties' Joint Scheduling Conference Report shall be filed on or before **March 21, 2008.**

DATED:  December 27, 2007

McGREGOR W. SCOTT
United States Attorney

By:      /s/ *Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED:  December 27, 2007

GERAGOS & GERAGOS
A PROFESSIONAL LAW CORPORATION

By:      /s/ Shelley Kaufman
SHELLEY KAUFMAN
Attorneys for Plaintiffs

### Approved As To Continuance Of Mandatory Scheduling Conference

DATED:  December 27, 2007

EDMUND G. BROWN JR.
Attorney General of the State of California

ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

By:      /s/ Stephen C. Pass
STEPHEN C. PASS
Deputy Attorney General

Attorneys for Defendants Shelley Anselmi and Scott A. Lambert

DATED: January 2, 2008     B.C. BARMANN, SR., COUNTY COUNSEL


By:    /s/ Andrew Thomson
ANDREW C. THOMSON, DEPUTY
Attorneys for Defendant County of Kern


**ORDER**


IT IS SO ORDERED.


**Dated:   January 2, 2008**         **/s/ Anthony W. Ishii**
            UNITED STATES DISTRICT JUDGE