IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MIKHAEL ISSA KAMAR**, | ) | **1: 07-CV-0340 AWI TAG** |
| | ) | |
| **Plaintiff**, | ) | **ORDER VACATING HEARING** |
| | ) | **DATE OF MARCH 3, 2008 AND** |
| **v.** | ) | **TAKING MATTER UNDER** |
| | ) | **SUBMISSION** |
| **KEITH T. KROLCZYK, QUAN** | ) | |
| **VUONG, JOHN UNDERWOOD,** | ) | |
| **SHELLEY ANSELMI, SCOTT** | ) | |
| **LAMBERT, JOHN DEPASQUALE,** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **COUNTY OF KERN, and DOES** | ) | |
| **1 through 20 inclusive,** | ) | |
| | ) | |
| **Defendants**. | ) | |

Defendants have filed a motion to dismiss.   The matter was scheduled for hearing to be held on March 3, 2008.  The court has reviewed the parties' briefs on this motion and has determined that the motion is suitable for decision without oral argument.  <u>See</u>  Local Rule 78-230(h).   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 3, 2008,  is VACATED, and no party shall appear at that time.  As of March 3, 2008,  the court will take the matter under submission, and the court will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   February 27, 2008**                       _____/s/ Anthony W. Ishii_____
                                         UNITED STATES DISTRICT JUDGE