McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for Federal Defendants Keith Krolczyk,
Quan Vuong, John Underwood and John DePasquale

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL ISSA KAMAR,<br><br>         Plaintiff,<br><br>    v.<br><br>KEITH T. KROLCZYK, QUAN VUONG, JOHN UNDERWOOD, SHELLEY ANSELMI, SCOTT LAMBERT, JOHN DePASQUALE, UNITED STATES OF AMERICA, COUNTY OF KERN, and DOES 1 through 20, inclusive,<br><br>         Defendants. | Case No. 1:07-cv-00340 AWI TAG<br><br>**STIPULATION TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

Plaintiff Mikhael Issa Kamar and defendants Keith T. Krolczyk, Quan Vuong, John Underwood, John DePasquale, Shelley Anselmi, Scott Lambert and County of Kern (collectively, the "parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**Recitals**

1.   Pursuant to the stipulation and order entered on January 4, 2008 [Docket #32], the Court continued the Mandatory Scheduling Conference in this case to March 27, 2008 at 10:00 a.m. before Magistrate Judge Goldner, and ordered that the parties' Joint Scheduling Conference Report is due on or before March 21, 2008.

///

     2.     On March 13, 2008, the Court entered an order granting the federal defendants' motion to dismiss with leave to amend [Docket #37], and ordered that any amended complaint be filed within thirty days of the date of the order.

     3.     In light of the Court's ruling on the motion to dismiss, and the fact that any amended complaint will not be due until after the current date for the Mandatory Scheduling Conference in this case, the parties have agreed to request that the Court continue the Mandatory Scheduling Conference by at least 60 days to a date convenient to the Court.

## **Stipulation**

WHEREFORE, the parties hereby stipulate and agree to request that the Mandatory Scheduling Conference be continued by at least 60 days from March 27, 2008 to a date convenient to Judge Goldner as follows: <u>May 28, 2008 at 10:00 a.m.</u>

The parties' Joint Scheduling Conference Report shall be filed one week before the Mandatory Scheduling Conference, on or before <u>May 21, 2008</u>.

DATED: March 20, 2008                       McGREGOR W. SCOTT
                                               United States Attorney

                                           By: <u>  /s/ Lynn Trinka Ernce             </u>
                                                 LYNN TRINKA ERNCE
                                                 Assistant United States Attorney

DATED: March 20, 2008                       GERAGOS & GERAGOS
                                               A PROFESSIONAL LAW CORPORATION

                                           By: <u>  /s/ Shelley Kaufman             </u>
                                                 SHELLEY KAUFMAN
                                                 Attorneys for Plaintiffs

[SIGNATURES CONTINUE ON NEXT PAGE]

| | |
|---|---|
| DATED:  March 20, 2008 | EDMUND G. BROWN JR.<br>Attorney General of the State of California<br><br>STEVEN M. GEVERCER<br>Supervising Deputy Attorney General<br><br>By:   /s/ Stephen C. Pass<br>STEPHEN C. PASS<br>Deputy Attorney General<br>Attorneys for Defendants Shelley Anselmi and<br>Scott A. Lambert |
| DATED:  March 20, 2008 | B.C. BARMANN, SR., COUNTY COUNSEL<br><br>By:   /s/ Andrew C. Thomson<br>ANDREW C. THOMSON, DEPUTY<br>Attorneys for Defendant County of Kern |

**IT IS SO ORDERED.**

| | |
|---|---|
| DATED:  March 20, 2008 | /s/ Theresa A. Goldner<br><br>**THERESA A. GOLDNER**<br>**UNITED STATES MAGISTRATE JUDGE** |

3