McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for Federal Defendants Keith Krolczyk,
Quan Vuong, John Underwood and John DePasquale

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL ISSA KAMAR, | Case No. 1:07-cv-00340 AWI TAG |
| Plaintiff, | **STIPULATION TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| v. | |
| KEITH T. KROLCZYK, QUAN VUONG, JOHN UNDERWOOD, SHELLEY ANSELMI, SCOTT LAMBERT, JOHN DePASQUALE, UNITED STATES OF AMERICA, COUNTY OF KERN, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff Mikhael Issa Kamar and defendants Keith T. Krolczyk, Quan Vuong, John Underwood, John DePasquale, Shelley Anselmi, Scott Lambert and County of Kern (collectively, the "parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**Recitals**

1. In the stipulation and order entered on March 24, 2008 [Docket #40], the Court continued the Mandatory Scheduling Conference in this case to May 28, 2008 at 10:00 a.m. before Magistrate Judge Goldner, and ordered that the parties' Joint Scheduling Conference Report is due on or before May 21, 2008.

///

2. On April 10, 2008, plaintiff filed a first amended complaint [Docket #41] after having been granted leave to amend by the Court's March 13, 2008 order on the federal defendants' motion to dismiss [Docket #37].

3. On April 24, 2008, federal defendants Krolczyk, Vuong, Underwood and DePasquale filed a motion to dismiss the first amended complaint [Docket #43].

4. On April 28, 2008, defendants Anselmi and Lambert filed a separate motion to dismiss the first amended complaint [Docket #44].

5. The hearings on the two motions to dismiss are set for June 9, 2008 at 1:30 p.m.

6. In light of the pending motions, which will not be heard before the current date for the Mandatory Scheduling Conference, the parties have agreed to request a continuance of the Mandatory Scheduling Conference by at least 60 days to a date convenient to the Court.

### Stipulation

WHEREFORE, the parties hereby stipulate and agree to request that the Mandatory Scheduling Conference be continued by at least 60 days from May 28, 2008 to a date convenient to Judge Goldner as follows: **August 7, 2008 at 10:00 a.m.**

The parties' Joint Scheduling Conference Report shall be filed one week before the Mandatory Scheduling Conference, on or before **July 31, 2008**.

DATED: May 16, 2008                                    McGREGOR W. SCOTT
                                                       United States Attorney

                                                       By: */s/ Lynn Trinka Ernce*
                                                       LYNN TRINKA ERNCE
                                                       Assistant United States Attorney


DATED: May 16, 2008                                    GERAGOS & GERAGOS
                                                       A PROFESSIONAL LAW CORPORATION

                                                       By: */s/ Shelley Kaufman*
                                                       SHELLEY KAUFMAN
                                                       Attorneys for Plaintiff

[SIGNATURES CONTINUE ON NEXT PAGE]

| | | |
|---|---|---|
| DATED: May 16, 2008 | | EDMUND G. BROWN JR.<br>Attorney General of the State of California<br><br>STEVEN M. GEVERCER<br>Supervising Deputy Attorney General<br><br>By: /s/ Stephen C. Pass<br>STEPHEN C. PASS<br>Deputy Attorney General<br>Attorneys for Defendants Shelley Anselmi and Scott A. Lambert |
| DATED: May 16, 2008 | | B.C. BARMANN, SR., COUNTY COUNSEL<br><br>By: /s/ Andrew C. Thomson<br>ANDREW C. THOMSON, DEPUTY<br>Attorneys for Defendant County of Kern |

**IT IS SO ORDERED.**

DATED: May 19, 2008

*[signature]*
THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE