IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL ISSA KAMAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEITH T. KROLCZYK, QUAN VUONG, JOHN UNDERWOOD, SHELLEY ANSELMI, SCOTT LAMBERT, JOHN DEPASQUALE, UNITED STATES OF AMERICA, COUNTY OF KERN, and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | 1: 07-CV-0340 AWI TAG<br><br>ORDER VACATING HEARING DATE OF JUNE 9, 2008 AND TAKING MATTER UNDER SUBMISSION |

　　Defendants have filed two motions to dismiss. These motions were scheduled for hearing to be held on June 9, 2008. The court has reviewed the parties' briefs on this motion and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 9, 2008, is VACATED, and no party shall appear at that time. As of June 9, 2008, the court will take the matter under submission, and the court will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　June 3, 2008　　　　　　　　　／s／ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE