**GERAGOS & GERAGOS**
A PROFESSIONAL CORPORATION
LAWYERS
644 South Figueroa Street
Los Angeles, California 90071-3480
Telephone (213) 625-3900
Facsimile (213) 625-1600

Attorneys for Plaintiff Mikhael Issa Kamar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL ISSA KAMAR,<br><br>             Plaintiff,<br><br>      v.<br><br>KEITH T. KROLCZYK, QUAN VUONG, JOHN UNDERWOOD, SHELLEY ANSELMI, SCOTT LAMBERT, JOHN DePASQUALE, UNITED STATES OF AMERICA, COUNTY OF KERN, and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 1:07-cv-00340 AWI TAG<br><br>**STIPULATION TO FURTHER CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |

Plaintiff Mikhael Issa Kamar and defendants Shelley Anselmi, Scott Lambert and County of Kern (collectively, the "parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**<u>Recitals</u>**

1.  In the stipulation and order entered on May 19, 2008 [Docket #47], the Court continued the Mandatory Scheduling Conference in this case to August 7, 2008 at 10:00 a.m. before Magistrate Judge Goldner, and ordered that the parties' Joint Scheduling Conference Report is due on or before July 31, 2008.

///

1

2. On June 4, 2008, the Court took under submission the motions to dismiss filed by defendants Keith Krolczyk, Quan Vuong, John Underwood and John DePasquale (collectively, "Federal Defendants") [Docket #43] and by state defendants Anselmi and Lambert [Docket #44] and vacated the hearing date for the motions that had been set for June 9, 2008 at 1:30 p.m.

3. On July 22, 2008, the Court entered an order which granted the Federal Defendants' motion to dismiss and dismissed the Federal Defendants from this action without leave to amend.  Docket #53.  Accordingly, the Federal Defendants are no longer parties to this case and are not parties to this stipulation.

4. The Court's July 22, 2008 order also granted the state defendants' motion to dismiss and dismissed the state defendants from this action.  However, the order grants plaintiff leave to file an amended against the state defendants within thirty days of the date of the order.

5. In light of the Court's ruling on the motions to dismiss, and the fact that any amended complaint will not be due until after the current date for the Mandatory Scheduling Conference in this case, the parties have agreed to request that the Court continue the Mandatory Scheduling Conference by at least 60 days to a date convenient to the Court.

**Stipulation**

WHEREFORE, the parties hereby stipulate and agree to request that the Mandatory Scheduling Conference be continued by at least 60 days from August 7, 2008 to a date convenient to Magistrate Judge Goldner as follows:  October 15, 2008 at 10:00 a.m.

The parties' Joint Scheduling Conference Report shall be filed one week before the Mandatory Scheduling Conference, on or before October 8, 2008.

DATED:  July 23, 2008          GERAGOS & GERAGOS
                               A PROFESSIONAL LAW CORPORATION


                               By:          /s/
                                   SHELLEY KAUFMAN
                                   Attorneys for Plaintiff

[SIGNATURES CONTINUE ON NEXT PAGE]

1  DATED: July 23, 2008                           EDMUND G. BROWN JR.
                                                  Attorney General of the State of California
2
                                                  STEVEN M. GEVERCER
3                                                 Supervising Deputy Attorney General

4
                                           By:  _____/s/_____
5                                                 STEPHEN C. PASS
                                                  Deputy Attorney General
6                                                 Attorneys for Defendants Shelley Anselmi and
                                                  Scott A. Lambert
7

8  DATED: July 23, 2008                           B.C. BARMANN, SR., COUNTY COUNSEL

9
                                           By:  _____/s/_____
10                                                ANDREW C. THOMSON, DEPUTY
                                                  Attorneys for Defendant County of Kern
11

12 **IT IS SO ORDERED.**

13

14 DATED: July 23, 2008                           /s/ Theresa A. Goldner
                                                  THERESA A. GOLDNER
15                                                U.S. MAGISTRATE JUDGE