**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Andrew C. Thomson, Deputy (Bar # 149057)**
**County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California  93301**
**Telephone:  (661) 868-3800**
**Facsimile:  (661) 868-3805**

**Attorney for Defendant,**
**County of Kern**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL ISSA KAMAR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KEITH T. KROLCZYK, QUAN VUONG, JOHN UNDERWOOD, SHELLEY ANSELMI, SCOTT LAMBERT, JOHN DEPASQUALE, UNITED STATES OF AMERICA, COUNTY OF KERN, and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants. | **CASE NO.  1:07-CV-00340 AWI TAG**<br><br>**STIPULATION RE: DISMISSAL OF DEFENDANT COUNTY OF KERN** |

**IT IS HEREBY STIPULATED**, by and between Plaintiff Mikhael Issa Kamar ("Plaintiff") and Defendant County of Kern ("County"), through their designated counsel, that Plaintiff's above-captioned action against County be dismissed with prejudice pursuant to FRCP 41(a)(1), including the dismissal of the First Amended Complaint of Plaintiff, Mikhael Issa Kamar , against Defendant, County of Kern.

\ \ \

\ \ \

---

**Stipulation re: Dismissal; Proposed Order**

IT IS FURTHER STIPULATED that the aforementioned dismissal is in consideration of a waiver of all costs by County, and that each party hereby agrees to bear his/her/its/their own costs and attorney's fees with respect to this litigation.

Dated: August 18, 2008                    GERAGOS & GERAGOS


By   /s/ Shelley Kaufman
    Shelley Kaufman, Esq.
    Attorneys for Plaintiff, Mikhael Issa Kamar


Dated: August 18, 2008                    B.C. BARMANN, SR., COUNTY COUNSEL


By   /s/ Andrew C. Thomson
    Andrew C. Thomson, Deputy
    Attorneys for Defendant, County of Kern,


**ORDER**

IT IS SO ORDERED.

**Dated:   August 20, 2008**                    /s/ Anthony W. Ishii
                                                        CHIEF UNITED STATES DISTRICT JUDGE